UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LOUISIANA DEPARTMENT OF
AGRICULTURE AND FORESTRY

VERSUS

LOUISIANA RAILROAD ASSOCIATION

CIVIL ACTION

NO. 09-996-BAJ-SCR

## RULING

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 1, 2010. The defendants have filed an objection which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein. Accordingly, the Motion to Remand is **GRANTED** and this matter is **REMANDED** to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, November __1__, 2010.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA